UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII

| | |
|---|---|
| CHARLES D. LOEWEN<br>ACCOUNT NO. XXX-XX-6388,<br>       AND<br>PAULA LOEWEN<br>ACCOUNT NO. XXX-XX-2108<br><br>       Petitioners<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | CIVIL NO. _____<br><br><br>AFFIDAVIT OF THE AUTHORIZED<br>REPRESENTATIVES FOR<br>PETITIONERS CDL6388 AND PL2108 |

AFFIDAVIT OF THE AUTHORIZED REPRESENTATIVES
FOR PETITIONERS CDL6388 AND PL2108

The undersigned, Chuck & Paula (hereinafter "We", "Us" or "Our"), are the only authorized representatives for the above-entitled Petitioners CHARLES D. LOEWEN - ACCOUNT NO. XXX-XX-6388 ("CDL6388") and PAULA LOEWEN - ACCOUNT NO. XXX-XX-2108 ("PL2108") and that We are Civilians of age and competent to testify based on Our own personal first hand knowledge of the facts and hereby state as follows:

   1.   We are not licensed to make legal determinations or to practice law in the above-entitled court ("Court") nor any other court of law, nor are We in receipt of any IRS document declaring that CDL6388 and/or PL2108 are involved in any revenue taxable activity upon which the United States Congress has enacted a statute laying a tax on the activity.

   2.   Attached hereto as Exhibit "A" is a true and correct copy of the Summons as it was mailed to Us in lieu of the requisite hand delivery.

6

3. We have reason to believe that the above-entitled Respondent UNITED STATES OF AMERICA lacks competent fact witnesses in which to support the instant Summons.

4. We are not privy to any known tax liabilities attached to CDL6388 or PL2108 originating from either the Secretary of the Treasury, the Commissioner or its Chief Counsel with regard to summons governed under Title 26 U.S.C. §6420(e)(2), §6421(f)(2), §6424(d)(2), §6427(e)(2), or §7602.

5. We have engaged in all necessary due diligence with the IRS in which to determine whether CDL6388 or PL2108 had acquired any taxable income as prescribed under the subject matter of the Summons and/or defined in title 26 §1.861-8 of the Code of Federal Regulations ("CFR") and found none.

We declare under penalty of law that the foregoing is true, correct and complete to the best of Our knowledge and belief.

Executed without the United States on this 29th day of September 2009, Lahaina, Maui, Hawaii.

By: *Charles Loewen*
Authorized Representative
For Petitioner CDL6388

By: *Paula Loewen*
Authorized Representative
For Petitioner PL2108

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CHARLES D. LOEWEN & PAULA LOEWEN vs. UNITED STATES OF AMERICA

7